1  JOSEPH H. HARRINGTON
   Acting United States Attorney
2  Eastern District of Washington
3  Patrick J. Cashman
   Assistant United States Attorney
4  Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 0 5 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:17-CR-223-SAB |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | Vio: 21 U.S.C. § 841(a)(1), 841(b)(1)(C) – Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine (Count 1) |
| CHARLES EDGAR TROUTT, | |
| Defendant. | |
| | Vio: 18 U.S.C. §§ 922(g)(1), 924(a)(2) – Felon in Possession of a Firearm (Count 2) |
| | Forfeiture Allegations: 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461 |

The Grand Jury Charges that:

COUNT 1

Beginning on or about September 26, 2017, and continuing until on or about September 27, 2017, in the Eastern District of Washington, the Defendant CHARLES EDGAR TROUTT, knowingly and intentionally possessed with intent to distribute a

INDICTMENT-1
Troutt

mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 2

Beginning on or about September 26, 2017, and continuing until on or about September 27, 2017, in the Eastern District of Washington, the Defendant, CHARLES EDGAR TROUTT, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm, to wit:

- Smith & Wesson, model 686, .357 caliber revolver, bearing serial number CCR5799;
- Uberti, unknown model, .45LC (Long Colt) revolver, bearing serial number J49199;
- Golden State Arms Corporation, model 1941 Supreme, .303 caliber rifle bearing serial number 456529;
- Ruger, model 10/22, .22LR (Long Rifle) rifle, bearing serial number 355-10239;
- Mossberg, model 930, 12 gauge shotgun, bearing serial number AF140932.
- CBC, model SB, 12 gauge short-barreled shotgun, bearing partial/probable obliterated serial number 253781;
- Savage, unknown model, 20 gauge shotgun, bearing serial number 6188;
- Sears, Roebuck and Co, model 101.10040-Series K, 12 gauge shotgun, bearing serial number A529950;

which firearms had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

INDICTMENT-2

## NOTICE OF CRIMINAL FORFEITURE

1. The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

2. Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841(a)(1), as set forth in Count 1 of this Indictment, the Defendant CHARLES EDGAR TROUTT, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any of the forfeitable property described above, as a result of any act or omission of the Defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty.

3. The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c).

4. Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 922(g)(1), as set forth in Count 2 of this Indictment, CHARLES EDGAR TROUTT shall forfeit to the United States of America, any firearms involved or used in the commission of the offense, including, but not limited to the following:

FIREARMS

1. Smith & Wesson, model 686, .357 caliber revolver, bearing serial number CCR5799.

2. Uberti, unknown model, .45LC (Long Colt) revolver, bearing serial number J49199.

3. Golden State Arms Corporation, model 1941 Supreme, .303 caliber rifle bearing serial number 456529.

4. Ruger, model 10/22, .22LR (Long Rifle) rifle, bearing serial number 355-10239.

5. Mossberg, model 930, 12 gauge shotgun bearing serial number AF140932.

6. CBC, model SB, 12 gauge short-barreled shotgun bearing partial/probable obliterated serial number 253781.

7. Savage, unknown model, 20 gauge shotgun, bearing serial number 6188.

8. Sears, Roebuck and Co, model 101.10040-Series K, 12 gauge shotgun, bearing serial number A529950.

9. Any and all ammunition, magazines and accessories not listed above.

DATED this 5 day of December, 2017.

A TRUE BILL

_____
Foreperson

_____
JOSEPH H. HARRINGTON
Acting United States Attorney

_____
Patrick J. Cashman
Assistant United States Attorney

INDICTMENT-4